UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 5:18-CR-153-KKC** |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **DAARON EDWARD KING,** | |
| **Defendant.** | |

******************

This matter is before the Court on a Recommended Disposition (DE 73) in which Magistrate Judge Edward B. Atkins makes certain recommendations regarding Defendant Daaron Edward King's stipulated violations of the terms of his supervised release (Violations 1 and 2).

The United States and the defendant jointed requested that he be allowed to continue supervision, with no revocation for the violations. In support of this request, they cited to King's personal and professional development during incarceration, his positive relationship with his child, his good behavior on supervision, and his willingness to take responsibility for his violative conduct. The magistrate judge ultimately agreed that the defendant's supervision should not be revoked. The magistrate judge now recommends that the Court find the defendant guilty of Violations 1 and 2, as well as impose an additional requirement of supervised release that the defendant continue with a program of substance abuse counseling and/or treatment in a manner approved by his supervising officer.

Having reviewed the recommended disposition and agreeing with its analysis, the Court hereby ORDERS as follows:

1) the Recommended Disposition (DE 73) is ADOPTED as the Court's opinion; and

2) the defendant shall continue his current term of supervised release with the added condition that he be REQUIRED to participate in substance abuse counseling and/or treatment program at the discretion of the United States Probation Office.

This 15th day of July, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY